(No. 739—Claimant awarded $5,896.64.)

INDEPENDENT PNEUMATIC TOOL COMPANY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 1, 1925.*

FRANCHISE TAX—*when refund awarded.* This case is similar to that of *Alfred Decker & Cohn, Inc.* v. *State, supra,* and the decision of the court in that case governs this claim.

MORAN, PALTZER & O'DONNELL, for claimant.

OSCAR E. CARLSTROM, Attorney General; EDWARD C. FITCH, Assistant Attorney General, for respondent.

Mr. JUSTICE LEECH delivered the opinion of the court:

This is a claim for the recovery of franchise taxes erroneously paid to the Secretary of State, of the State of Illinois, in the years 1921, 1922 and 1923, amounting in all to $5,896.64.

The demurrer filed by the Attorney General of the State of Illinois, is, as a matter of law, sustained.

On the grounds of equity and social justice, we award claimant the sum of $5896.64.

---

(No. 741—Claimant awarded $4,275.00.)

VESTA BATTERY CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 1, 1925.*

FRANCHISE TAX—*when refund may be made.* This case is similar to that of *Herenden Milling Co.* v. *State, supra,* and the decision of the court in that case governs this claim.

MORAN, PALTZER & O'DONNELL, for claimant.

OSCAR E. CARLSTROM, Attorney General; EDWARD C. FITCH, Assistant Attorney General, for respondent.

Mr. JUSTICE LEECH delivered the opinion of the court:

This is a claim for refund of franchise taxes erroneously paid to the Secretary of State of the State of Illinois, by above claimant, in the years 1920 and 1921, in the total sum of $4275.00.

The demurrer filed by the Attorney General of the State of Illinois, is, as a matter of law, sustained.

On the grounds of equity and social justice, we award above claimant the sum of $4275.00.